**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IN RE: )
Linsey Louise Prollock )
) Case No. ____________________
) Chapter 7
)
Debtor. )

# PAY ADVICE COVER SHEET

The following pay advice/employee income record information is filed on behalf of the debtor(s):

Pay advices are attached as follows:

| Debtor, Joint Debtor, or Non filing spouse | Employer | Beginning Date | Ending Date |
|---|---|---|---|
| Debtor | Innovative Home Care | 1/2026 | 6/2026 |
| Debtor | Tulsa PS | 1/2026 | 6/2026 |
| | | | |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ______________________

/s/ Linsey Louise Prollock
Debtor's Signature
Printed Name: Linsey Louise Prollock

______________________
Joint Debtor's Signature (if applicable)
Printed Name: ______________________

☐ Pro se Debtor - *you must fill out address on 2nd page*
☑ Represented by Counsel - *you must fill out address on 2nd page*

Pro se Debtor Signature block

Debtor(s) Address

City, State, and Zip Code

Telephone Number

Fax Number

Email Address

Attorney Signature block

s/Alex Sullivan

Alex Sullivan - #33618
Attorney's Name - Bar Number

10313 Greenbriar Parkway
Address

OKC, OK 73159
City, State, and Zip Code

405-639-2099
Telephone Number

405-252-1654
Fax Number

alex@lukehomenlaw.com
Email Address

Counsel for Linsey Louise Prollock

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $3,234.77 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 06/18/2026 | 06/15/2026 | MONTHLY | 1480273 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | 3,844.00 | 21,491.45 |
| SICK LV MO | | | | 1,048.36 |
| PER BUS MO | | | | 524.19 |
| ST RET CRD | | 8.00 | 12.14 | 72.84 |
| CERT COVER | | | 25.00 | 350.00 |
| EVENT-CR | | | | 150.00 |
| VOED DIST | | | 24.08 | 144.48 |
| VOED FT | | | 183.33 | 1,099.98 |
| TUTORING | | | 420.00 | 840.00 |
| DS PD RET | | | 196.01 | 1,119.12 |
| LF OVR 50 | | | 3.00 | 18.00 |
| SR CL SPON | | | 83.25 | 499.50 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 269.82 | 1,532.94 | 269.82 | 1,532.94 |
| MEDICARE | 63.10 | 358.51 | 63.10 | 358.51 |
| MED-CR W/FBA | 355.62 | 2,133.72 | 707.00 | 4,242.00 |
| DENTAL | 56.70 | 340.20 | 11.00 | 66.00 |
| VISION | 14.36 | 86.16 | | |
| FED TAX W/H | 301.63 | 1,620.09 | | |
| STATE W/H | 150.00 | 827.00 | | |
| RET EE DED | 336.61 | 1,922.60 | | |
| LF BASIC | | | 12.88 | 77.28 |
| DISB DIST | | | 9.23 | 55.38 |
| LF STATE A | 5.20 | 31.20 | | |
| **DEPOSITS:** | | | | |
| DD NET | 3,234.77 | 18,487.50 | | |
| *THE BANCORP BANK* | | | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 18.75 | | | 18.75 | 10.00 | 6.00 |
| PERSONAL | 3.00 | | | 3.00 | 5.00 | 2.00 |

Withholding Allowances

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

Advice Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 4,027.52 | 22,875.24 |
| Gross Pay | 4,790.81 | 27,357.92 |
| Deductions | 1,553.04 | 8,852.42 |
| Net Pay | 3,234.77 | 18,487.50 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1480273 0715
LINSEY LOUISE PROLLOCK
7810 E 134TH PL S
BIXBY, OK 74008

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $267.00 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 05/29/2026 | 05/24/2026 | BIWEEKLY | 1475099 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | | 17,647.45 |
| SICK LV MO | | | | 1,048.36 |
| PER BUS MO | | | | 524.19 |
| ST RET CRD | | | | 60.70 |
| CERT COVER | | | | 325.00 |
| EVENT-CR | | | | 150.00 |
| VOED DIST | | | | 120.40 |
| VOED FT | | | | 916.65 |
| TUTORING | | | 300.00 | 420.00 |
| DS PD RET | | | 12.84 | 923.11 |
| LF OVR 50 | | | | 15.00 |
| SR CL SPON | | | | 416.25 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 19.40 | 1,263.12 | 19.40 | 1,263.12 |
| MEDICARE | 4.54 | 295.41 | 4.54 | 295.41 |
| MED-CR W/FBA | | 1,778.10 | | 3,535.00 |
| DENTAL | | 283.50 | | 55.00 |
| VISION | | 71.80 | | |
| FED TAX W/H | | 1,318.46 | | |
| STATE W/H | | 677.00 | | |
| RET EE DED | 21.90 | 1,585.99 | | |
| LF BASIC | | | | 64.40 |
| DISB DIST | | | | 46.15 |
| LF STATE A | | 26.00 | | |
| **DEPOSITS:** | | | | |
| DD NET<br>*THE BANCORP BANK* | 267.00 | 15,252.73 | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 18.75 | | | 18.75 | 10.00 | 6.00 |
| PERSONAL | 3.00 | | | 3.00 | 5.00 | 2.00 |

**Withholding Allowances**

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

**Advice Totals**

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 290.94 | 18,847.72 |
| Gross Pay | 312.84 | 22,567.11 |
| Deductions | 45.84 | 7,299.38 |
| Net Pay | 267.00 | 15,252.73 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1475099 0715
LINSEY LOUISE PROLLOCK
7810 E 134TH PL S
BIXBY, OK 74008

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $2,982.85 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 05/20/2026 | 05/15/2026 | MONTHLY | 1472893 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | 3,581.91 | 17,647.45 |
| SICK LV MO | | | | 1,048.36 |
| PER BUS MO | | 1.00 | 262.09 | 524.19 |
| ST RET CRD | | 8.00 | 12.14 | 60.70 |
| CERT COVER | | | 25.00 | 325.00 |
| EVENT-CR | | | 75.00 | 150.00 |
| VOED DIST | | | 24.08 | 120.40 |
| VOED FT | | | 183.33 | 916.65 |
| TUTORING | | | | 120.00 |
| DS PD RET | | | 181.24 | 910.27 |
| LF OVR 50 | | | 3.00 | 15.00 |
| SR CL SPON | | | 83.25 | 416.25 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 247.52 | 1,243.72 | 247.52 | 1,243.72 |
| MEDICARE | 57.88 | 290.87 | 57.88 | 290.87 |
| MED-CR W/FBA | 355.62 | 1,778.10 | 707.00 | 3,535.00 |
| DENTAL | 56.70 | 283.50 | 11.00 | 55.00 |
| VISION | 14.36 | 71.80 | | |
| FED TAX W/H | 261.48 | 1,318.46 | | |
| STATE W/H | 135.00 | 677.00 | | |
| RET EE DED | 311.43 | 1,564.09 | | |
| LF BASIC | | | 12.88 | 64.40 |
| DISB DIST | | | 9.23 | 46.15 |
| LF STATE A | 5.20 | 26.00 | | |
| **DEPOSITS:** | | | | |
| DD NET | 2,982.85 | 14,985.73 | | |
| *THE BANCORP BANK* | | | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 18.75 | | | 18.75 | 10.00 | 6.00 |
| PERSONAL | 4.00 | | 1.00 | 3.00 | 5.00 | 2.00 |

**Withholding Allowances**

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

**Advice Totals**

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 3,692.93 | 18,556.78 |
| Gross Pay | 4,431.04 | 22,254.27 |
| Deductions | 1,445.19 | 7,253.54 |
| Net Pay | 2,982.85 | 14,985.73 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1472893 0715
LINSEY LOUISE PROLLOCK
7810 E 134TH PL S
BIXBY, OK 74008

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $3,056.21 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 04/20/2026 | 04/15/2026 | MONTHLY | 1465484 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | 3,844.00 | 14,065.54 |
| SICK LV MO | | | | 1,048.36 |
| PER BUS MO | | | | 262.10 |
| ST RET CRD | | 8.00 | 12.14 | 48.56 |
| CERT COVER | | | 125.00 | 300.00 |
| EVENT-CR | | | 75.00 | 75.00 |
| VOED DIST | | | 24.08 | 96.32 |
| VOED FT | | | 183.33 | 733.32 |
| TUTORING | | | | 120.00 |
| DS PD RET | | | 185.52 | 729.03 |
| LF OVR 50 | | | 3.00 | 12.00 |
| SR CL SPON | | | 83.25 | 333.00 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 253.98 | 996.20 | 253.98 | 996.20 |
| MEDICARE | 59.40 | 232.99 | 59.40 | 232.99 |
| MED-CR W/FBA | 355.62 | 1,422.48 | 707.00 | 2,828.00 |
| DENTAL | 56.70 | 226.80 | 11.00 | 44.00 |
| VISION | 14.36 | 57.44 | | |
| FED TAX W/H | 273.12 | 1,056.98 | | |
| STATE W/H | 139.00 | 542.00 | | |
| RET EE DED | 318.73 | 1,252.66 | | |
| LF BASIC | | | 12.88 | 51.52 |
| DISB DIST | | | 9.23 | 36.92 |
| LF STATE A | 5.20 | 20.80 | | |
| **DEPOSITS:** | | | | |
| DD NET | 3,056.21 | 12,002.88 | | |
| *THE BANCORP BANK* | | | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 19.75 | | | 19.75 | 10.00 | 5.00 |
| PERSONAL | 4.00 | | | 4.00 | 5.00 | 1.00 |

Withholding Allowances

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

Advice Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 3,789.91 | 14,863.85 |
| Gross Pay | 4,535.32 | 17,823.23 |
| Deductions | 1,476.11 | 5,808.35 |
| Net Pay | 3,056.21 | 12,002.88 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1465484 0715
LINSEY LOUISE PROLLOCK
7810 E 134TH PL S
BIXBY, OK 74008

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $3,034.00 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 03/13/2026 | 03/15/2026 | MONTHLY | 1455652 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | 3,712.95 | 10,221.54 |
| SICK LV MO | | | | 1,048.36 |
| PER BUS MO | | 0.50 | 131.05 | 262.10 |
| ST RET CRD | | 8.00 | 12.14 | 36.42 |
| CERT COVER | | | 50.00 | 175.00 |
| VOED DIST | | | 24.08 | 72.24 |
| VOED FT | | | 183.33 | 549.99 |
| TUTORING | | | 120.00 | 120.00 |
| DS PD RET | | | 184.24 | 543.51 |
| LF OVR 50 | | | 3.00 | 9.00 |
| SR CL SPON | | | 83.25 | 249.75 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 252.04 | 742.22 | 252.04 | 742.22 |
| MEDICARE | 58.95 | 173.59 | 58.95 | 173.59 |
| MED-CR W/FBA | 355.62 | 1,066.86 | 707.00 | 2,121.00 |
| DENTAL | 56.70 | 170.10 | 11.00 | 33.00 |
| VISION | 14.36 | 43.08 | | |
| FED TAX W/H | 269.63 | 783.86 | | |
| STATE W/H | 138.00 | 403.00 | | |
| RET EE DED | 316.54 | 933.93 | | |
| LF BASIC | | | 12.88 | 38.64 |
| DISB DIST | | | 9.23 | 27.69 |
| LF STATE A | 5.20 | 15.60 | | |
| **DEPOSITS:** | | | | |
| DD NET | 3,034.00 | 8,946.67 | | |
| *THE BANCORP BANK* | | | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 19.75 | | | 19.75 | 10.00 | 5.00 |
| PERSONAL | 4.50 | | 0.50 | 4.00 | 5.00 | 1.00 |

Withholding Allowances

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

Advice Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 3,760.82 | 11,073.94 |
| Gross Pay | 4,504.04 | 13,287.91 |
| Deductions | 1,467.04 | 4,332.24 |
| Net Pay | 3,034.00 | 8,946.67 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1455652 0715
LINSEY LOUISE PROLLOCK
7810 E 134TH PL S
BIXBY, OK 74008

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $2,965.50 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 02/20/2026 | 02/15/2026 | MONTHLY | 1448047 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | 3,581.91 | 6,508.59 |
| SICK LV MO | | 1.00 | 262.09 | 1,048.36 |
| PER BUS MO | | | | 131.05 |
| ST RET CRD | | 8.00 | 12.14 | 24.28 |
| COVER PAY | | | 75.00 | 125.00 |
| VOED DIST | | | 24.08 | 48.16 |
| VOED FT | | | 183.33 | 366.66 |
| DS PD RET | | | 180.17 | 359.27 |
| LF OVR 50 | | | 3.00 | 6.00 |
| SR CL SPON | | | 83.25 | 166.50 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 245.90 | 490.18 | 245.90 | 490.18 |
| MEDICARE | 57.51 | 114.64 | 57.51 | 114.64 |
| MED-CR W/FBA | 355.62 | 711.24 | 707.00 | 1,414.00 |
| DENTAL | 56.70 | 113.40 | 11.00 | 22.00 |
| VISION | 14.36 | 28.72 | | |
| FED TAX W/H | 258.57 | 514.23 | | |
| STATE W/H | 133.00 | 265.00 | | |
| RET EE DED | 309.61 | 617.39 | | |
| LF BASIC | | | 12.88 | 25.76 |
| DISB DIST | | | 9.23 | 18.46 |
| LF STATE A | 5.20 | 10.40 | | |
| **DEPOSITS:** | | | | |
| DD NET | 2,965.50 | 5,912.67 | | |
| *THE BANCORP BANK* | | | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 19.75 | | | 19.75 | 10.00 | 5.00 |
| PERSONAL | 4.50 | | | 4.50 | 5.00 | 0.50 |

Withholding Allowances

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

Advice Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 3,668.68 | 7,313.12 |
| Gross Pay | 4,404.97 | 8,783.87 |
| Deductions | 1,436.47 | 2,865.20 |
| Net Pay | 2,965.50 | 5,912.67 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1448047 0715
LINSEY LOUISE PROLLOCK
7810 EAST 134TH PL. S.
BIXBY, OK 74008

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $2,947.17 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 01/20/2026 | 01/15/2026 | MONTHLY | 1440454 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | 2,926.68 | 2,926.68 |
| SICK LV MO | | 3.00 | 786.27 | 786.27 |
| PER BUS MO | | 0.50 | 131.05 | 131.05 |
| ST RET CRD | | 8.00 | 12.14 | 12.14 |
| COVER PAY | | | 50.00 | 50.00 |
| VOED DIST | | | 24.08 | 24.08 |
| VOED FT | | | 183.33 | 183.33 |
| DS PD RET | | | 179.10 | 179.10 |
| LF OVR 50 | | | 3.00 | 3.00 |
| SR CL SPON | | | 83.25 | 83.25 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 244.28 | 244.28 | 244.28 | 244.28 |
| MEDICARE | 57.13 | 57.13 | 57.13 | 57.13 |
| MED-CR W/FBA | 355.62 | 355.62 | 707.00 | 707.00 |
| DENTAL | 56.70 | 56.70 | 11.00 | 11.00 |
| VISION | 14.36 | 14.36 | | |
| FED TAX W/H | 255.66 | 255.66 | | |
| STATE W/H | 132.00 | 132.00 | | |
| RET EE DED | 307.78 | 307.78 | | |
| LF BASIC | | | 12.88 | 12.88 |
| DISB DIST | | | 9.23 | 9.23 |
| LF STATE A | 5.20 | 5.20 | | |
| **DEPOSITS:** | | | | |
| DD NET | 2,947.17 | 2,947.17 | | |
| *THE BANCORP BANK* | | | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 20.75 | | | 20.75 | 10.00 | 4.00 |
| PERSONAL | 4.50 | | | 4.50 | 5.00 | 0.50 |

Withholding Allowances

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

Advice Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 3,644.44 | 3,644.44 |
| Gross Pay | 4,378.90 | 4,378.90 |
| Deductions | 1,428.73 | 1,428.73 |
| Net Pay | 2,947.17 | 2,947.17 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1440454 0715
LINSEY LOUISE PROLLOCK
7810 EAST 134TH PL. S.
BIXBY, OK 74008

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 06/19/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 06/01/2026 |
| Period Ending: | 06/14/2026 |
| Pay Date: | 06/19/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| | |
|---|---|
| **NET PAY:** | **$458.75** |
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 6,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 403.00 |
| Medicare | 7.25 | 94.25 |
| OK Income Tax | 3.00 | 39.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $6,500.00 |
| Taxes | $41.25 | $536.25 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 05/22/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 05/04/2026 |
| Period Ending: | 05/17/2026 |
| Pay Date: | 05/22/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| NET PAY: | $458.75 |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 5,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 341.00 |
| Medicare | 7.25 | 79.75 |
| OK Income Tax | 3.00 | 33.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $5,500.00 |
| Taxes | $41.25 | $453.75 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 05/08/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 04/20/2026 |
| Period Ending: | 05/03/2026 |
| Pay Date: | 05/08/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| **NET PAY:** | **$458.75** |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 5,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 310.00 |
| Medicare | 7.25 | 72.50 |
| OK Income Tax | 3.00 | 30.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $5,000.00 |
| Taxes | $41.25 | $412.50 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 04/24/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 04/06/2026 |
| Period Ending: | 04/19/2026 |
| Pay Date: | 04/24/2026 |
| Total Hours: | 50.00 |

| **NET PAY:** | **$458.75** |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 4,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 279.00 |
| Medicare | 7.25 | 65.25 |
| OK Income Tax | 3.00 | 27.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $4,500.00 |
| Taxes | $41.25 | $371.25 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 04/10/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 03/23/2026 |
| Period Ending: | 04/05/2026 |
| Pay Date: | 04/10/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| **NET PAY:** | **$458.75** |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 4,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 248.00 |
| Medicare | 7.25 | 58.00 |
| OK Income Tax | 3.00 | 24.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $4,000.00 |
| Taxes | $41.25 | $330.00 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 03/27/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 03/09/2026 |
| Period Ending: | 03/22/2026 |
| Pay Date: | 03/27/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| **NET PAY:** | **$458.75** |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 3,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 217.00 |
| Medicare | 7.25 | 50.75 |
| OK Income Tax | 3.00 | 21.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $3,500.00 |
| Taxes | $41.25 | $288.75 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 03/13/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 02/23/2026 |
| Period Ending: | 03/08/2026 |
| Pay Date: | 03/13/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| | |
|---|---|
| **NET PAY:** | **$458.75** |
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 3,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 186.00 |
| Medicare | 7.25 | 43.50 |
| OK Income Tax | 3.00 | 18.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $3,000.00 |
| Taxes | $41.25 | $247.50 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 02/27/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 02/09/2026 |
| Period Ending: | 02/22/2026 |
| Pay Date: | 02/27/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| | |
|---|---|
| **NET PAY:** | **$458.75** |
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 2,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 155.00 |
| Medicare | 7.25 | 36.25 |
| OK Income Tax | 3.00 | 15.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $2,500.00 |
| Taxes | $41.25 | $206.25 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 02/13/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 01/26/2026 |
| Period Ending: | 02/08/2026 |
| Pay Date: | 02/13/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| | |
|---|---|
| **NET PAY:** | **$458.75** |
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 2,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 124.00 |
| Medicare | 7.25 | 29.00 |
| OK Income Tax | 3.00 | 12.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $2,000.00 |
| Taxes | $41.25 | $165.00 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 01/30/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 01/12/2026 |
| Period Ending: | 01/25/2026 |
| Pay Date: | 01/30/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| **NET PAY:** | **$458.75** |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 1,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 93.00 |
| Medicare | 7.25 | 21.75 |
| OK Income Tax | 3.00 | 9.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $1,500.00 |
| Taxes | $41.25 | $123.75 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 01/16/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 12/29/2025 |
| Period Ending: | 01/11/2026 |
| Pay Date: | 01/16/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| **NET PAY:** | **$458.75** |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 1,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 62.00 |
| Medicare | 7.25 | 14.50 |
| OK Income Tax | 3.00 | 6.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $1,000.00 |
| Taxes | $41.25 | $82.50 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 01/02/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 12/15/2025 |
| Period Ending: | 12/28/2025 |
| Pay Date: | 01/02/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| | |
|---|---|
| **NET PAY:** | **$458.75** |
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 31.00 |
| Medicare | 7.25 | 7.25 |
| OK Income Tax | 3.00 | 3.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $500.00 |
| Taxes | $41.25 | $41.25 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**