FORM 1007-1F (10/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

**IN RE:**

Linsey Louise Prollock,

**Debtor(s).**

**Case No.** 26-11272
**Chapter** 7

## PAYMENT ADVICES CERTIFICATION

*(NOTE: A separate form must be filed by* ***each*** *debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, Linsey Louise Prollock hereby state as follows:
(debtor's name)

(*select one*)

☑ I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

Number of Employers: 2 Number of Payment Advices received: 6
Number of Payment Advices attached: 6
Period Covered: 5/2026-6/2026
*(If period covered is less than 60 days, attach an explanation.)*

If the attached payment advices do not cover the entire 60-day period, describe any "other evidence of payment" that you intend to rely upon. ______.

☐ I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices. I understand that if I do not file all payment advices or other evidence of payment **within 45 days** from the petition date, my bankruptcy case may be **dismissed**.

Number of Employers: ______ Number of Payment Advices attached: ______
Period Covered: ______
Number of missing Payment Advices: ______ Dates of missing Payment Advices: ______

☐ I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. *(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: ______

/s/ Linsey Louise Prollock
(Signature of Debtor)
Print name: Linsey Louise Prollock

** In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.*

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $3,234.77 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 06/18/2026 | 06/15/2026 | MONTHLY | 1480273 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | 3,844.00 | 21,491.45 |
| SICK LV MO | | | | 1,048.36 |
| PER BUS MO | | | | 524.19 |
| ST RET CRD | | 8.00 | 12.14 | 72.84 |
| CERT COVER | | | 25.00 | 350.00 |
| EVENT-CR | | | | 150.00 |
| VOED DIST | | | 24.08 | 144.48 |
| VOED FT | | | 183.33 | 1,099.98 |
| TUTORING | | | 420.00 | 840.00 |
| DS PD RET | | | 196.01 | 1,119.12 |
| LF OVR 50 | | | 3.00 | 18.00 |
| SR CL SPON | | | 83.25 | 499.50 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 269.82 | 1,532.94 | 269.82 | 1,532.94 |
| MEDICARE | 63.10 | 358.51 | 63.10 | 358.51 |
| MED-CR W/FBA | 355.62 | 2,133.72 | 707.00 | 4,242.00 |
| DENTAL | 56.70 | 340.20 | 11.00 | 66.00 |
| VISION | 14.36 | 86.16 | | |
| FED TAX W/H | 301.63 | 1,620.09 | | |
| STATE W/H | 150.00 | 827.00 | | |
| RET EE DED | 336.61 | 1,922.60 | | |
| LF BASIC | | | 12.88 | 77.28 |
| DISB DIST | | | 9.23 | 55.38 |
| LF STATE A | 5.20 | 31.20 | | |
| **DEPOSITS:** | | | | |
| DD NET | 3,234.77 | 18,487.50 | | |
| *THE BANCORP BANK* | | | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 18.75 | | | 18.75 | 10.00 | 6.00 |
| PERSONAL | 3.00 | | | 3.00 | 5.00 | 2.00 |

**Withholding Allowances**

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

**Advice Totals**

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 4,027.52 | 22,875.24 |
| Gross Pay | 4,790.81 | 27,357.92 |
| Deductions | 1,553.04 | 8,852.42 |
| Net Pay | 3,234.77 | 18,487.50 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1480273 0715
LINSEY LOUISE PROLLOCK
7810 E 134TH PL S
BIXBY, OK 74008

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $267.00 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 05/29/2026 | 05/24/2026 | BIWEEKLY | 1475099 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | | 17,647.45 |
| SICK LV MO | | | | 1,048.36 |
| PER BUS MO | | | | 524.19 |
| ST RET CRD | | | | 60.70 |
| CERT COVER | | | | 325.00 |
| EVENT-CR | | | | 150.00 |
| VOED DIST | | | | 120.40 |
| VOED FT | | | | 916.65 |
| TUTORING | | | 300.00 | 420.00 |
| DS PD RET | | | 12.84 | 923.11 |
| LF OVR 50 | | | | 15.00 |
| SR CL SPON | | | | 416.25 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 19.40 | 1,263.12 | 19.40 | 1,263.12 |
| MEDICARE | 4.54 | 295.41 | 4.54 | 295.41 |
| MED-CR W/FBA | | 1,778.10 | | 3,535.00 |
| DENTAL | | 283.50 | | 55.00 |
| VISION | | 71.80 | | |
| FED TAX W/H | | 1,318.46 | | |
| STATE W/H | | 677.00 | | |
| RET EE DED | 21.90 | 1,585.99 | | |
| LF BASIC | | | | 64.40 |
| DISB DIST | | | | 46.15 |
| LF STATE A | | 26.00 | | |
| **DEPOSITS:** | | | | |
| DD NET<br>*THE BANCORP BANK* | 267.00 | 15,252.73 | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 18.75 | | | 18.75 | 10.00 | 6.00 |
| PERSONAL | 3.00 | | | 3.00 | 5.00 | 2.00 |

Withholding Allowances

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

Advice Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 290.94 | 18,847.72 |
| Gross Pay | 312.84 | 22,567.11 |
| Deductions | 45.84 | 7,299.38 |
| Net Pay | 267.00 | 15,252.73 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1475099 0715
LINSEY LOUISE PROLLOCK
7810 E 134TH PL S
BIXBY, OK 74008

**Tulsa Public Schools, Tulsa, OK 74147 - 0208**

| Advice Amount | $2,982.85 |
|---|---|

| Emp No | Employee Name | Advice Date | Period Ending | Type | Advice No. |
|---|---|---|---|---|---|
| 71268 | LINSEY PROLLOCK | 05/20/2026 | 05/15/2026 | MONTHLY | 1472893 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG ERN CR | | | 3,581.91 | 17,647.45 |
| SICK LV MO | | | | 1,048.36 |
| PER BUS MO | | 1.00 | 262.09 | 524.19 |
| ST RET CRD | | 8.00 | 12.14 | 60.70 |
| CERT COVER | | | 25.00 | 325.00 |
| EVENT-CR | | | 75.00 | 150.00 |
| VOED DIST | | | 24.08 | 120.40 |
| VOED FT | | | 183.33 | 916.65 |
| TUTORING | | | | 120.00 |
| DS PD RET | | | 181.24 | 910.27 |
| LF OVR 50 | | | 3.00 | 15.00 |
| SR CL SPON | | | 83.25 | 416.25 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| FICA | 247.52 | 1,243.72 | 247.52 | 1,243.72 |
| MEDICARE | 57.88 | 290.87 | 57.88 | 290.87 |
| MED-CR W/FBA | 355.62 | 1,778.10 | 707.00 | 3,535.00 |
| DENTAL | 56.70 | 283.50 | 11.00 | 55.00 |
| VISION | 14.36 | 71.80 | | |
| FED TAX W/H | 261.48 | 1,318.46 | | |
| STATE W/H | 135.00 | 677.00 | | |
| RET EE DED | 311.43 | 1,564.09 | | |
| LF BASIC | | | 12.88 | 64.40 |
| DISB DIST | | | 9.23 | 46.15 |
| LF STATE A | 5.20 | 26.00 | | |
| **DEPOSITS:** | | | | |
| DD NET<br>*THE BANCORP BANK* | 2,982.85 | 14,985.73 | | |

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK | 18.75 | | | 18.75 | 10.00 | 6.00 |
| PERSONAL | 4.00 | | 1.00 | 3.00 | 5.00 | 2.00 |

**Withholding Allowances**

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | S | 0 | $0.00 |
| State | S | 0 | $0.00 |

**Advice Totals**

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 3,692.93 | 18,556.78 |
| Gross Pay | 4,431.04 | 22,254.27 |
| Deductions | 1,445.19 | 7,253.54 |
| Net Pay | 2,982.85 | 14,985.73 |

TULSA PUBLIC SCHOOLS

**Tulsa Public Schools**
Independent School District No. 1
P.O. Box 470208
Tulsa, OK 74147-0208

**Forwarding Service Requested**

1472893 0715
LINSEY LOUISE PROLLOCK
7810 E 134TH PL S
BIXBY, OK 74008

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 06/19/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 06/01/2026 |
| Period Ending: | 06/14/2026 |
| Pay Date: | 06/19/2026 |
| Total Hours: | 50.00 |

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|

| **NET PAY:** | **$458.75** |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 6,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 403.00 |
| Medicare | 7.25 | 94.25 |
| OK Income Tax | 3.00 | 39.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $6,500.00 |
| Taxes | $41.25 | $536.25 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 05/22/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 05/04/2026 |
| Period Ending: | 05/17/2026 |
| Pay Date: | 05/22/2026 |
| Total Hours: | 50.00 |

| **NET PAY:** | **$458.75** |
|---|---|
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 5,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 341.00 |
| Medicare | 7.25 | 79.75 |
| OK Income Tax | 3.00 | 33.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $5,500.00 |
| Taxes | $41.25 | $453.75 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**

Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

Pay Stub Detail
PAY DATE: 05/08/2026
NET PAY: $458.75

Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**EMPLOYER**
Innovative Home Care Foundation
433 W Wilshire Blvd Ste B
Oklahoma City OK 73116-7746

**EMPLOYEE**
Linsey L. Prollock
13011 S 126th East Ave
Broken Arrow OK 74011

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 04/20/2026 |
| Period Ending: | 05/03/2026 |
| Pay Date: | 05/08/2026 |
| Total Hours: | 50.00 |

| | |
|---|---|
| **NET PAY:** | **$458.75** |
| Acct#....8423: | $458.75 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 50.00 | 10.00 | 500.00 | 5,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 31.00 | 310.00 |
| Medicare | 7.25 | 72.50 |
| OK Income Tax | 3.00 | 30.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $500.00 | $5,000.00 |
| Taxes | $41.25 | $412.50 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$458.75**