United States Bankruptcy Court
Northern District of Oklahoma

In re:
Linsey Louise Prollock
Debtor

Case No. 26-11272-T
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1085-4 | User: admin | Page 1 of 3
Date Rcvd: Jul 30, 2026 | Form ID: 309A | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Linsey Louise Prollock, 7810 E 134th Pl S # 805, Bixby, OK 74008-3155 |
| 3084412 | | Amanda Blackwood, Po Box 6921, Moore, OK 73153-0921 |
| 3084414 | + | Axis Healthcare, PO Box 14099, Belfast, ME 04915-4034 |
| 3084416 | | Chexsystems, Attn: Consumer Relations, Po Box 583399, Minneapolis, MN 55458-3399 |
| 3084424 | | Ian's Enterprise LLC, 9085 Harmony Dr, Oklahoma City, OK 73130-6217 |
| 3084429 | | Red River Credit, 357 Jacob St, Timpson, TX 75975-5294 |
| 3084430 | | Red River Credit, 732 W Orleans Ave #142, Broken Arrow, OK 74011 |
| 3084432 | | Student Loan Solutions LLC, 860 Airport Fwy Ste 700, Hurst, TX 76054-6247 |
| 3084434 | | Titan Claim Services, Po Box 700175, Dallas, TX 75370-0175 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: alex@lukehomenlaw.com | Jul 31 2026 00:15:00 | Alexander Sullivan, Luke Homen Law, PLLC, 10313 Greenbriar Parkway, Oklahoma City, OK 73159 |
| tr | + | EDI: QSWSOULE.COM | Jul 31 2026 04:17:00 | Steven William Soule', Hall, Estill, Hardwick, Gable, Golden &, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jul 31 2026 00:15:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Jul 31 2026 00:15:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Jul 31 2026 00:15:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| ust | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Jul 31 2026 00:15:00 | Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |
| 3084413 | | EDI: PHINAMERI.COM | Jul 31 2026 04:17:00 | Ameri Credit/ GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 3084415 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 31 2026 00:15:21 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 3084417 | | Email/Text: omx-bnc-bk-notices@chime.com | Jul 31 2026 00:15:00 | Chime/Stride Bank Na, Po Box 417, San Francisco, CA 94104-0417 |
| 3084418 | | Email/Text: bankruptcy@credencerm.com | Jul 31 2026 00:15:00 | Credence Resource Mana, Po Box 2238, Southgate, MI 48195-4238 |
| 3084419 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 31 2026 00:15:00 | Credit Acceptance Corp, Po Box 513, Southfield, MI 48037-0513 |
| 3084420 | | EDI: MAXMSAIDV | Jul 31 2026 04:17:00 | Dept of Ed/aidvantage, PO Box 300001, Greenville, TX 75403-3001 |

| | | | | |
|---|---|---|---|---|
| 3084420 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2026 00:25:46 | Dept of Ed/aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 3084421 | + | Email/Text: tim@fisherlaw.cc | Jul 31 2026 00:15:00 | Fisher & Fisher, PO Box 700870, Tulsa, OK 74170-0870 |
| 3084422 | | Email/Text: Cprince@sethwadley.com | Jul 31 2026 00:15:00 | Honey Badger Finacial, 2103 W Grant Ave, Pauls Valley, OK 73075-9228 |
| 3084423 | + | EDI: LCIICSYSTEM | Jul 31 2026 04:17:00 | I C System, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 3084425 | + | EDI: IRS.COM | Jul 31 2026 04:17:00 | Internal Revenue Service, 55 N Robinson Ave, Oklahoma City, OK 73102-9229 |
| 3084426 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 00:15:00 | Midland Funding, Po Box 939069, San Diego, CA 92193-9069 |
| 3084427 | | Email/Text: Bankruptcies@nragroup.com | Jul 31 2026 00:15:00 | NRA Group LLC, Po Box 67015, Harrisburg, PA 17106-7015 |
| 3084428 | + | Email/Text: bankruptcysecretary@tax.ok.gov | Jul 31 2026 00:15:00 | Oklahoma Tax Commission, Attn: Legal-Bankruptcy, P.O. Box 269056, Oklahoma City, OK 73126-9056 |
| 3084431 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 31 2026 00:15:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 3084433 | + | Email/Text: info@tab-services.com | Jul 31 2026 00:15:00 | Tab Services, 2448 E 81st St. Ste 4700, Tulsa, OK 74137-4293 |
| 3084435 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 31 2026 00:25:35 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Sullivan | on behalf of Debtor Linsey Louise Prollock lahcourtnotices@gmail.com;LHomen@jubileebk.net |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |

Steven William Soule'
souletrustee@hallestill.com ssoule@hallestill.com,ssoule@ecf.axosfs.com,smccormick@hallestill.com

TOTAL: 3

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Linsey Louise Prollock<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–7179 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Oklahoma | Date case filed for chapter: | 7 7/30/26 |
| Case number: | 26–11272–T | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Linsey Louise Prollock | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 7810 E 134th Pl S # 805<br>Bixby, OK 74008–3155 | |
| **4.** | **Debtor's attorney**<br>Name and address | Alexander Sullivan<br>Luke Homen Law, PLLC<br>10313 Greenbriar Parkway<br>Oklahoma City, OK 73159 | Contact phone 405–639–2099<br>Email: alex@lukehomenlaw.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Steven William Soule'<br>Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.<br>521 East 2nd Street, Ste 1200<br>Tulsa, OK 74120 | Contact phone 918–594–0400<br>Email: souletrustee@hallestill.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 224 South Boulder Avenue, Room 105<br>Tulsa, OK 74103 | Hours open: Monday, Wednesday, Thursday, Friday 8:30 a.m. to 4:30 p.m., Tuesday 8:30 a.m. to 3:00 p.m.<br><br>Contact phone 918–699–4000<br>www.oknb.uscourts.gov |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 25, 2026 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 957 167 3094, and Passcode 4333022624, OR call 1–405–825–9820**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/26/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, are not permitted in the building.**