Certificate Number: 13861-OKN-DE-041284658

Bankruptcy Case Number: 26-11272

13861-OKN-DE-041284658

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2026, at 6:13 o'clock AM PDT, Linsey L Prollock completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Oklahoma.

Date: August 4, 2026

By: /s/Adam Overton

Name: Adam Overton

Title: Counselor