**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA** (TULSA)

| | | |
|---|---|---|
| In Re: Linsey Louise Prollock | ) | |
| | ) | Case 26-11272-T |
| | ) | |
| Debtor | ) | Chapter 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW Heather Buchberger, of Buchberger Law PLLC, and enters an appearance herein as attorney for Honey Badger Financial, LLC, and requests that copies of all notices and pleadings be mailed to said counsel at the following address:

Heather Buchberger
Buchberger Law PLLC
3810 N. Peniel
Bethany, OK 73008

The undersigned law firm, which is entering an appearance, is not authorized to accept service of process on behalf of Honey Badger Financial, LLC.

/s/ Heather Buchberger
Heather Buchberger, #22509
Buchberger Law PLLC
3810 N. Peniel
Bethany, Oklahoma 73008
Heather@buchbergerlaw.com
(405) 787-9953
fax: (405) 789-0516
Attorney for Honey Badger Financial, LLC

**CERTIFICATE OF MAILING**

I certify that a true and correct copy of the Entry of Appearance and Request for Notice was electronically served using the CM/ECF system to Alexander Sullivan, attorney for Debtor; and to Steven William Soule, Trustee, all on this the 6th day of August, 2026.

/s/ Heather Buchberger
Heather Buchberger, #22509