UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In re: Bankr. Case No. 26-11272-T

Linsey Louise Prollock Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In re: Bankr. Case No. 26-11272-T

Linsey Louise Prollock Chapter 7

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 14, 2026 :

Alexander Sullivan
10313 Greenbriar Parkway
Oklahoma City, OK 73159

Steven William Soule
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
521 East 2nd Street, Ste 1200
Tulsa, OK 74120

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx96871 / 1138228