United States Bankruptcy Court
Northern District of Oklahoma

In re:
Linsey Louise Prollock
Debtor

Case No. 26-11272-T
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1085-4 | User: admin | Page 1 of 3
Date Rcvd: Nov 03, 2026 | Form ID: 318 | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Linsey Louise Prollock, 7810 E 134th Pl S # 805, Bixby, OK 74008-3155 |
| 3084412 | | Amanda Blackwood, Po Box 6921, Moore, OK 73153-0921 |
| 3084414 | + | Axis Healthcare, PO Box 14099, Belfast, ME 04915-4034 |
| 3084424 | ++ | IAN S ENTERPRISE LLC, 9450 SW GEMINI DR #39525, BEAVERTON OR 97008-7105 address filed with court:, Ian's Enterprise LLC, 9450 SW Gemini Dr Ste 39525, Beaverton, OR 97008-7105 |
| 3084429 | | Red River Credit, 357 Jacob St, Timpson, TX 75975-5294 |
| 3084430 | | Red River Credit, 732 W Orleans Ave #142, Broken Arrow, OK 74011 |
| 3084432 | | Student Loan Solutions LLC, 860 Airport Fwy Ste 700, Hurst, TX 76054-6247 |
| 3084434 | | Titan Claim Services, Po Box 700175, Dallas, TX 75370-0175 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QSWSOULE.COM | Nov 04 2026 03:15:00 | Steven William Soule', Hall, Estill, Hardwick, Gable, Golden &, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Nov 03 2026 22:06:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Nov 03 2026 22:05:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Nov 03 2026 22:06:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| cr | | Email/Text: Cprince@sethwadley.com | Nov 03 2026 22:06:00 | Honey Badger Financial, 2103 W. Grant Ave., Pauls Valley, OK 73075-9228 |
| 3092781 | | EDI: PHINAMERI.COM | Nov 04 2026 03:15:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, ARLINGTON, TX 76096 |
| 3084413 | | EDI: PHINAMERI.COM | Nov 04 2026 03:15:00 | Ameri Credit/ GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 3084415 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 03 2026 22:06:14 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 3084416 | | Email/Text: bankruptcy.notifications@fisglobal.com | Nov 03 2026 22:06:00 | Chexsystems, Attn: Consumer Relations, Po Box 583399, Minneapolis, MN 55458-3399 |
| 3084417 | | Email/Text: omx-bnc-bk-notices@chime.com | Nov 03 2026 22:06:00 | Chime/Stride Bank Na, Po Box 417, San Francisco, CA 94104-0417 |
| 3084418 | | Email/Text: bankruptcy@credencerm.com | Nov 03 2026 22:06:00 | Credence Resource Mana, Po Box 2238, Southgate, MI 48195-4238 |
| 3084419 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 03 2026 22:05:00 | Credit Acceptance Corp, Po Box 513, Southfield, |

| | | | | |
|---|---|---|---|---|
| | | | | MI 48037-0513 |
| 3084420 | | EDI: MAXMSAIDV | Nov 04 2026 03:15:00 | Dept of Ed/aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 3084421 | + | Email/Text: tim@fisherlaw.cc | Nov 03 2026 22:06:00 | Fisher & Fisher, PO Box 700870, Tulsa, OK 74170-0870 |
| 3084422 | | Email/Text: Cprince@sethwadley.com | Nov 03 2026 22:06:00 | Honey Badger Finacial, 2103 W Grant Ave, Pauls Valley, OK 73075-9228 |
| 3084423 | + | EDI: LCIICSYSTEM | Nov 04 2026 03:15:00 | I C System, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 3084425 | + | EDI: IRS.COM | Nov 04 2026 03:15:00 | Internal Revenue Service, 55 N Robinson Ave, Oklahoma City, OK 73102-9229 |
| 3084426 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2026 22:06:00 | Midland Funding, Po Box 939069, San Diego, CA 92193-9069 |
| 3084427 | | Email/Text: Bankruptcies@nragroup.com | Nov 03 2026 22:06:00 | NRA Group LLC, Po Box 67015, Harrisburg, PA 17106-7015 |
| 3084428 | + | Email/Text: bankruptcysecretary@tax.ok.gov | Nov 03 2026 22:05:00 | Oklahoma Tax Commission, Attn: Legal-Bankruptcy, P.O. Box 269056, Oklahoma City, OK 73126-9056 |
| 3084431 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 03 2026 22:06:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 3084433 | + | Email/Text: info@tab-services.com | Nov 03 2026 22:06:00 | Tab Services, 2448 E 81st St. Ste 4700, Tulsa, OK 74137-4293 |
| 3084435 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2026 22:03:59 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Steven William Soule', Hall, Estill, Hardwick, Gable, Golden &, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

Alexander Sullivan
on behalf of Debtor Linsey Louise Prollock lahcourtnotices@gmail.com;LHomen@jubileebk.net

Amanda Rae Blackwood
on behalf of Plaintiff Ian's Enterprise LLC amanda@blackwoodlawfirm.com

Heather A. Buchberger
on behalf of Creditor Honey Badger Financial heather@buchbergerlaw.com heatherblaw@live.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule'
on behalf of Trustee Steven William Soule' souletrustee@hallestill.com ssoule@hallestill.com,ssoule@ecf.axosfs.com,smccormick@hallestill.com

Steven William Soule'
souletrustee@hallestill.com ssoule@hallestill.com,ssoule@ecf.axosfs.com,smccormick@hallestill.com

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Linsey Louise Prollock<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7179 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Oklahoma | | |
| Case number: | 26–11272–T | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Linsey Louise Prollock

11/3/26

**By the court:** Paul R Thomas
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**